UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br>1669 Benedict Canyon Drive<br>Beverly Hills, CA  90210,<br><br>　　　　PLAINTIFF<br>　vs.<br><br>DEPARTMENT OF STATE,<br>2201 C St., NW<br>Washington, DC 20520,<br><br>　　　　DEFENDANT | )<br>)<br>) Judge _____<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

## THE PARTIES

1.　　Plaintiff Jason Leopold is a citizen of the United States.

2.　　Plaintiff is an investigative reporter for VICE News covering a wide-range of issues, including Guantanamo, national security, counterterrorism, civil liberties, human rights, and open government. Additionally, his reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

3.　　Defendant Department of State ("DOS") is an agency of the United States within the meaning of 5 USC 552 § (f).

1

4.      The DOS has possession, custody and control of the records Plaintiff seeks.

JURISDICTION AND VENUE

5.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).  Jurisdiction also lies with this Court under 28 USC § 1331.

7.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

STATEMENT OF FACTS

PLAINTIFF'S FOIA REQUEST

8.      By letter dated June 6, 2014, Plaintiff submitted a FOIA request for "any and all records that were prepared, received, transmitted, collected and/or maintained by the Department of State (DOS) implementing, mentioning or referring to EXECUTIVE ORDER – REVIEW AND DISPOSITION OF INDIVIDUALS DETAINED AT THE GUANTANAMO BAY NAVAL BASE AND CLOSURE OF DETENTION FACILITIES, dated January 22, 2009, which states, in part, 'Sec. 5. Diplomatic Efforts. The Secretary of State shall expeditiously pursue and direct such negotiations and diplomatic efforts with foreign governments as are necessary and appropriate to implement this order'."

9.      By letter dated June 17, 2014, Defendant DOS acknowledged receipt of the FOIA request Plaintiff caused to be sent to that agency.

DEFENDANT'S FAILURE TO TIMELY RESPOND TO
PLAINTIFF'S FOIA REQUEST

10.     The DOS assigned Plaintiff's FOIA request tracking number F-2014-10144.  In a letter dated June 17, 2014, DOS denied Plaintiff's request for expedited processing, but granted his request for a fee waiver.

11.     As of the filing of this Complaint, Plaintiff has not received a final response to his FOIA requests to the DOS with a determination as to whether the agency will release or withhold all of the requested records.

12.     Under 5 USC § 552(a)(6)(C)(i), Plaintiff is deemed to have exhausted his administrative remedies with regard to his FOIA request to the DOS because Defendant has failed to comply with the statutory time limit set forth in 5 USC 552(a)(6)(A)(i).

## COUNT I:
## VIOLATION OF FOIA

13.     This Count realleges and incorporates by reference all of the preceding paragraphs.

14.     Each of the documents referred to in this Complaint is incorporated herein by reference.

15.     The DOS has violated FOIA by failing to make a final decision as to whether these agency will release or withhold all of the requested records within the statutory timeframe.

16.     Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to comply with FOIA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to search for and process the requested records without further delay;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

__/s/ Jeffrey Light_____

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

Ryan S. James
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX  76542
(254)289-7459
RSJameslaw@gmail.com

*Counsel for Plaintiff*